MICHAEL LE SAWYER et al., Appellants, v. JOSEPH SQUILLACE et al., Respondents.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ. [29 Misc 2d 24.]